In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00525-CV**
_____

**IN RE C.G.B.**

**Original Proceeding**

**MEMORANDUM OPINION**

C.G.B. petitioned for mandamus and temporary relief in a suit affecting the parent-child relationship (SAPCR). We requested a response from the real parties in interest. On January 7, 2014, C.G.B. filed a motion to dismiss the original proceeding. It appears the relator is no longer seeking mandamus relief from this Court. Accordingly, we grant the motion and dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on December 12, 2013
Opinion Delivered January 23, 2014

Before McKeithen, C.J., Kreger and Johnson, JJ.